

# THE ATTORNEY GENERAL
## OF TEXAS

Gerald C. Mann
ＸＸＸＯＸＸＯＸＸＯＸＸＩＸ
ATTORNEY GENERAL

AUSTIN 11, TEXAS

Honorable J. E. McDonald
Commissioner of Agriculture
Austin, Texas

Dear Mr. McDonald:                    Opinion No. O-4498

                                      Re:  Legality of hemp-growing in
                                           Texas

        We have your request of March 11, 1942, which
reads as follows:

        "Due to the present conflict which involves
    Philipines, Java, Manila and India, where most of our
    low grade fibres are produced for making Rope, Twine
    and Burlap containers, the problem of developing those
    fibres in the United States is very acute.

        "A great many sections of Texas, particularly the
    Rio Grande Valley, have ideal soil and climatic condi-
    tions for producing fibrous plants. Therefore, I
    should like to have an opinion on the legality of
    growing Hemp in the State of Texas and, second, if
    Hemp may be legally grown in Texas for its fibre from
    which rope, twine and burlap containers may be made."

        "Hemp" is a tall Asiatic herb, (cannabis sativa)
the tough fiber of which is used for making cordage and var-
ious kinds of coarse fabrics, and the tender parts of which
as its flowers and leaves, yield the narcotic hashish, and
are employed in pharmacy under the name "cannabis". — Web-
ster's New International Dict., 2d Ed.

        The Uniform Narcotic Drug Act (Vernon's Annotated
Penal Code, Article 725b) provides that it shall be unlawful
for any person to cultivate or grow narcotic drugs without a
license to do so from the Department of Public Safety. (Sec.
3) "Narcotic drugs" is defined as meaning "coca leaves, opi-
um, pyote, mescal bean, and cannabis", etc. (Sec. 1, subs.
14) "Cannabis" is defined as follows by Sec. 1, subs. 13
of the Act:

"The term 'cannabis', as used in this Act shall include all parts of the plant Cannabis Sativa L., whether growing or not, the seeds thereof, the resin extracted from any part of such plant, and every compound, manufacture, salt, derivative, mixture, or preparation of such plant, its seeds, or resin; but shall not include the nonresinous oil obtained from such seed, nor the mature stalks of such plant, nor any product or manufacture of such stalks, except the resin extracted therefrom and any compound, manufacture, salt, derivative mixture, or preparation of such resin. The term 'cannabis' shall include those varieties of cannabis known as Marihuana, Haseesh and Hasish."

Thus, the growing of cannabis sativa, or hemp, is not absolutely prohibited, but is strictly regulated. A person desiring to grow hemp for its fiber alone in Texas must obtain a license so to do from the Department of Public Safety, under the terms and conditions prescribed by the Uniform Narcotic Drug Act.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By (Signed) R. W. FAIRCHILD
Assistant

APPROVED MAR. 23, 1942

(Signed) GROVER SELLERS
First Assistant Attorney General

APPROVED OPINION COMMITTEE
By B. W. B. Chairman

RWF-MR:mm